_Keith M. Lundin_
Keith M. Lundin
U.S. Bankruptcy Judge
Dated: 1/20/2015



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **Dennis Thomas Ricci and** | ) | 314-05055-KL-7 |
| **Marcie Lynn Ricci** | ) | Chapter 7 |
| Debtor(s) | ) | Judge Lundin |

### EXPEDITED ORDER EXTENDING TIME UNDER §521 FOR PROPERTY TO REMAIN PROPERTY OF THE ESTATE, EXTENDING THE STAY, DIRECTING TURN-OVER OF SECURED PROPERTY, AND DIRECTING THAT CASE SHALL REMAIN OPEN

Upon the motion of the Trustee, the statements made in said motion, it appearing that the continued investigation and/or administration of this case by the Trustee is in the best interests of the estate and the creditors, and that property should not be removed from the estate due to any potential deficiency by the Debtor(s), and for other cause to the court shown;

**IT IS HEREBY ORDERED** that this Case shall not be dismissed under §521(e) or §521(i), unless the Court, upon motion filed by any interested party, determines that dismissal is appropriate.

**IT IS FURTHER ORDERED** that all secured property shall remain property of the bankruptcy estate (notwithstanding §521(a)(2)&(6) and (b) and §362(h)), and the stay shall not be automatically lifted (notwithstanding §362(h)) until (a) said property is abandoned or sold by the Trustee, (b) the Trustee files a No Asset Report, or (c) the Court, upon motion filed by any interested party, grants relief from the stay.

**IT IS FURTHER ORDERED** that the Court will consider whether any adequate protection is necessary for secured claimants, upon the request of any secured claimant.

**IT IS FURTHER ORDERED** that the Debtor(s) shall deliver to the Trustee all secured property, (in connection of which the Debtor(s) have not completed a reaffirmation agreement or a redemption with the secured creditor), within 20 days after the entry of this order, or such additional time (as the Trustee, in the Trustee's discretion) may designate to the Debtor(s); the Debtor(s) shall have the affirmative obligation to contact the Trustee to coordinate the timing and location of the turn-over of said property.

**This order has been signed and entered electronically as indicated at the top of the first page**.

                                        **Keith M Lundin**
                                        **U.S. BANKRUPTCY JUDGE**

APPROVED FOR ENTRY:

/s/ Jeanne Ann Burton

Jeanne Ann Burton, Trustee
95 White Bridge Road, Ste 512
Nashville, TN 37205
(615) 678-6960
(615) 678-6961
jeanne.burton@comcast.net

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.